SCOTT G. LAWSON (SBN 174671)
BRIAN S. SUNG (SBN 244155)
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Fl.
San Francisco, CA 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Attorneys for Defendant Wal-Mart Stores, Inc.

M. VAN SMITH (SBN 32007)
1696 Mendenhall Drive
San Jose, California 95130
Tel : (408) 364-1062
Email : mvsmith@sbcglobal.net
Attorney for Plaintiff Ernest Steven Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ERNEST STEVEN RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.<br><br>　　　　　Defendant. | Case No. CV 10-05659 JF<br><br>**STIPULATION AND [PROPOSED]　　ORDER REGARDING SECOND CLAIM FOR RELIEF ALLEGED IN THE COMPLAINT**<br><br>Complaint Filed: December 13, 2010<br>Judge: Hon. Jeremy Fogel |

1  Defendant Wal-Mart Stores, Inc. ("Wal-Mart") and plaintiff Ernest Steven Rodriguez , by and
2  through their respective counsel, stipulate and agree as follows:
3  WHEREAS, plaintiff filed its complaint against Wal-Mart on December 13, 2010;
4  WHEREAS, among the claims alleged by plaintiff in his complaint is the Second Claim for
5  Relief (entitled "Action for Restitution Under Unfair Business Practices Act"), in which plaintiff
6  purports to allege claims under California Business & Professions Code section 17200
7  representatively on behalf of other Wal-Mart employees who, like plaintiff, hold or held the position
8  of Asset Protection Coordinator;
9  WHEREAS, Wal-Mart contends that the Second Claim for Relief is improper under California
10 law, and informed plaintiff that it intended to file a motion to dismiss the claim; and
11 WHEREAS, following a meet-and-confer process between plaintiff and Wal-Mart, and to
12 avoid unnecessary motion practice, plaintiff has agreed that he will not pursue his Second Claim for
13 Relief in this action,
14 IT IS THEREFORE HEREBY STIPULATED, by and between plaintiff and Wal-Mart,
15 through their respective undersigned counsel, that plaintiff will not pursue in this action his Second
16 Claim for Relief and that the Second Claim for Relief shall henceforth be considered as dismissed and
17 not a claim upon which relief may be granted in this case..
18 In accordance with General Order 45 of the United States District Court for the Northern
19 District of California, I attest that concurrence in the filing of this document has been obtained from
20 the undersigned counsel.
21
22 DATED:  June 8, 2011                                          GREENBERG TRAURIG, LLP
23                                                              By ___s/ Scott G. Lawson_____
                                                                Scott G. Lawson
24                                                              GREENBERG TRAURIG, LLP
                                                                lawsons@gtlaw.com
25
26                                                              Attorneys for Defendant Wal-Mart Stores, Inc.
27
28                                          -1-
                                                          Stipulation and [Proposed] Order Regarding Second Claim of the
                                                                                                              Complaint
                                                                                        Case No.:  CV 10-05659-JF

| | |
|---|---|
| DATED: June 8, 2011 | By    s/ M. Van Smith<br>M. Van Smith (SBN 32007)<br>1696 Mendenhall Drive<br>San Jose, California 95130<br>Tel : (408) 364-1062<br>Email : mvsmith@sbcglobal.net<br><br>Attorney for Plaintiff Ernest Steven Rodriguez |

**PURSUANT TO STIPULATION, IT IS HEREBY SO ORDERED.**

DATED:   June 9, 2011

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

-2-