\*\*E-Filed 9/29/2011\*\*

M. VAN SMITH (SBN 32007)
1696 Mendenhall Drive
San Jose, California 95130
Telephone (408) 364-1062
e-mail: mvsmith@sbcglobal.net
Attorney for Plaintiff,
ERNEST STEVEN RODRIGUEZ

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ERNEST STEVEN RODRIGUEZ,<br>    Plaintiff,<br>vs.<br>WAL-MART STORES, INC.,<br>    Defendant. | Case No. CV 10-05659 JF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

WHEREAS, the parties have settled the above-entitled case;

IT IS STIPULATED by the parties through their respective counsel that the above-entitled case be dismissed voluntarily with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 18, 2011.                                   Dated: Sept. 12, 2011.

                    GREENBURG TRAURIG, LLP

_/s/ M. Van Smith_                                             By _/s/ Scott B. Lawson_
M. VAN SMITH                                              SCOTT B. LAWSON
Attorney for Plaintiff                                       Attorneys for Defendant
ERNEST STEVEN RODRIGUEZ                    WAL-MART STORES, INC.

## ORDER

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED that the action is dismissed in its entirety with prejudice.

Dated: 9/29/2011

_____
Jeremy Fogel
United States District Judge

-2-

DISMISSAL WITH PREJUDICE